No. 220, Misc. PERPIGLIA *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 277, Misc. BURROW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 281, Misc. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *C. J. Gates* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Joseph M. Howard* for the United States.

No. 303, Misc. McCALIP *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 316, Misc. SARTAIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 318, Misc. SWANSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 323, Misc. HUGHES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.